IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHNNY LAVON PRESLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1030

Opinion filed June 3, 2016.

An appeal from an order of the Circuit Court for Duval County.
Angela Cox, Judge.

Johnny Lavon Presley, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

RAY, MAKAR, and OSTERHAUS, JJ., CONCUR.